IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:13CR57/RAS |
| | § | (SEAL) |
| ANDY WAYNE SPILLERS (2) | § | |

**ORDER FOR WRIT AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The Petition for Writ of Habeas Corpus Ad Prosequendum of the United States Attorney for the Eastern District of Texas in behalf of the United States of America, on this date came on for consideration, and it appearing to the Court that the Petition states good and sufficient cause for the issuance of the Writ of Habeas Corpus Ad Prosequendum as requested, it is now hereby,

ORDERED and DIRECTED that the United States Marshal Eastern District of Texas and Warden/Sheriff of the Grayson County Jail shall produce and have the body of **Andy Wayne Spillers**, defendant herein, who is detained in the custody of Warden/Sheriff of the Grayson County Jail before the United States District Court for the Eastern District of Texas, in Plano, Texas, instanter, the said defendant to appear for Initial Appearance/Arraignment and for all further proceedings upon an Indictment pending in the above-styled cause; and to return the said **Andy Wayne Spillers**, defendant herein, to the custody of the Warden/Sheriff Grayson County Jail under safe and secure conduct at the conclusion of all of said proceedings hereafter ordered by this Court, and have you then and there this Writ.

**SIGNED this 3rd day of March, 2014.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE