IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:14CR35 |
| | § | Judge Schell |
| ANDY WAYNE SPILLERS (2) | § | |
| | § | |

**ELEMENTS OF THE OFFENSE**

You are charged in Count One of the First Superseding Indictment with a violation of 21 U.S.C. § 846, Conspiracy to Possess with the Intent to Manufacture and Distribute a mixture or substance containing a detectable amount of methamphetamine. The essential elements which must be proved beyond a reasonable doubt in order to establish a violation of that section are:

1. That you and one or more persons, in some way or manner made an agreement to commit the crime charged in the First Superseding Indictment, that is, to possess with intent to distribute 500 grams of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual);

2. That you knew the unlawful purpose of the agreement and joined in it with the intent to further it; and,

3. That you knowingly and voluntarily joined in the agreement, that is, with the intent to further its unlawful purpose.

Respectfully submitted,

JOHN M. BALES
United States Attorney

\_\_\_/s/_____
ERNEST GONZALEZ
Assistant United States Attorney
Texas Bar No. 00789318
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Ernest.Gonzalez@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on August 26, 2014.

\_\_\_/s/_____
ERNEST GONZALEZ