ORIGINAL

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 18 2014

DAVID J. MALAND, CLERK
BY _____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:14CR35 |
| | § | Judge Schell |
| ANDY WAYNE SPILLERS (2) | § | |

## STATEMENT OF FACTS IN SUPPORT OF PLEA AGREEMENT

The defendant, **Andy Wayne Spillers**, hereby stipulates and agrees that at all times relevant to the First Superseding Indictment herein, the following facts were true:

1. That the defendant, **Andy Wayne Spillers**, who is changing his plea to guilty, is the same person charged in the First Superseding Indictment.

2. That the events described in the First Superseding Indictment occurred in the Eastern District of Texas and elsewhere.

3. That **Andy Wayne Spillers** and one or more persons in some way or manner made an agreement to commit the crime charged in the First Superseding Indictment, to knowingly and intentionally possess with the intent to distribute and dispense at least 5 kilograms but less than 15 kilograms of a mixture or substance containing a detectable amount of methamphetamine or at least 500 grams but less than 1.5 kilograms of methamphetamine (actual).

4. That **Andy Wayne Spillers** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

5. That **Andy Wayne Spillers** knew that the amount involved during the term of the conspiracy involved at least 5 kilograms but less than 15 kilograms of a mixture or

Statement of Facts – Page 1

substance containing a detectable amount of methamphetamine or at least 500 grams but less than 1.5 kilograms of methamphetamine (actual).

6. That **Andy Wayne Spillers**'s role in this conspiracy was to supply co-conspirators with multi-gram quantities of methamphetamine from various sources, which was imported from Mexico, which would then be distributed to other co-conspirators and co-defendants during the term of the conspiracy in the Eastern and Northern Districts of Texas.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7. I have read this Statement of Facts and the First Superseding Indictment and have discussed them with my attorney. I fully understand the contents of this Statement of Facts and agree without reservation that it accurately describes the events and my acts.

Dated: Aug 26-2014

ANDY WAYNE SPILLERS
Defendant

### COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

8. I have read this Statement of Facts and the First Superseding Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Statement of Facts and the First Superseding Indictment.

Dated: August 26, 2014

JOHN WILLIAM BOOTH
Attorney for the defendant

Statement of Facts – Page 2